UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Jamel White

                                  Plaintiff,

              -against-                       **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, et. al              14-CV- 7312

                               Defendants. --

------------------------------------------------------------x

        I, Tyrin Torres, being duly sworn deposes and says:

1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.     On February 27 2015, at approximately 4:24 P.M, I served the summons and complaint in this matter on Diana Pichardo by delivering a copy of same to P.O Kashinsky, a person of suitable age and discretion at defendant's actual place of business within the state, at 2860 west 23rd street, Brooklyn, NY.

3.     Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
December 1, 2015

_____
Tyrin Torres

Sworn to me on 1st day
Of November 2015

_____
NOTARY PUBLIC

ROBERT MARINELLI
Notary Public, State of New York
Reg. No. 02MA6220272
Qualified in New York County
My Commission Expires June 2, 2018